Opinion issued February 21, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00396-CV

____________


THOMAS GLEN RICHARDS, Appellant


V.


KATHLEEN BROUSSARD RICHARDS, Appellee






On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 2003-35985






MEMORANDUM OPINION

 Appellant has filed an agreed motion to dismiss the appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Keyes.